UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY DEAN GRAY III, | Case No. 2:25-cv-00535-TLN-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF ROSEVILLE, et al., | |
| Defendants. | |

    Plaintiff initiated this civil action without counsel. Accordingly, the matter was referred to a United States Magistrate Judge under Local Rule 302.

    On April 4, 2025, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

    The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

///

     Accordingly, IT IS HEREBY ORDERED that:

     1. The proposed Findings and Recommendations filed April 4, 2025, are ADOPTED;

     2. This case is sua sponte REMANDED to the Superior Court of the State of California in and for the County of Placer; and

     3. Plaintiff's motions to remand (ECF Nos. 3, 11), and to stay, (ECF No. 7), are DENIED as moot.

IT IS SO ORDERED.

Date: April 30, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE